# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDY HERMAN,

    Plaintiff,

v.

LACKAWANNA COUNTY, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-13-1697

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 12th day of August, 2013, **IT IS HEREBY ORDERED** that:

(1) The Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **GRANTED**.

(2) The Report and Recommendation (Doc. 5) is **ADOPTED**. Plaintiff's Complaint is **DISMISSED**. Plaintiff has **forty-five (45) days** from the date of entry of this Order to file a single comprehensive amended complaint consistent with the Report and Recommendation. If Plaintiff fails to do so, the action will be dismissed with prejudice and the case will be closed.

(3) Plaintiff's Motion to Extend Time (Doc. 6) is **DENIED as moot**.

(4) Plaintiff's Motion for Appointment of Counsel (Doc. 7) is **DENIED without prejudice**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson.

                                                  /s/ A. Richard Caputo  
                                                A. Richard Caputo  
                                                United States District Judge